# Drummond & Squillace, PLLC

Attorneys at Law
175-61 Hillside Avenue, Suite 205
Jamaica, New York 11432
(718) 298-5050 /F: (718) 298-5554
www.dswinlaw.com

Stephen L. Drummond*
JoAnn Squillace**

*Admitted NY, NJ, FL
**Admitted NY, NJ

May 11, 2015

***Via ECF***
Honorable Marilyn Go
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Michelle Alexander v. City of New York, et.al.
             Docket No.: 12cv5915(ENV)(MG)

Dear Judge Go,

I trust all is well with Your Honor.

I am JoAnn Squillace of the Law Firm of Drummond & Squillace, PLLC, attorneys for Plaintiff herein. I write this letter jointly with Assistant Corporation Counsel Christopher Bouriat, to advise as to the status of the above captioned matter.

Please be advised that the matter has been settled and, to that end, Mr. Bouriat provided the undersigned with drafted settlement papers last week which the undersigned edited and had Plaintiff sign today. I have already forwarded said settlement documents to Mr. Bouriat for his signature and processing for payment.

Thank You for Your time and attention herein.

Very truly yours,

JOANN SQUILLACE (JS 4217)
JS/js
Court-05

cc:    ACC Christopher Bouriat, Esq. (Via ECF)
       Office of Corporation Counsel
       Attorney for Defendants